UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LEON WASHINGTON, JR.,

    Petitioner,

v.

KYLE OLSON, *et al.*,

    Respondents.

Case No. 3:21-cv-00327-RCJ-WGC

**ORDER**

On July 29, 2021, Leon Washington, who is incarcerated at the Lovelock Correctional Center, in Lovelock, Nevada, submitted to this Court, for filing, a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1-1) and a motion for appointment of counsel (ECF No. 1-2).

Washington did not pay the filing fee for this action, and he did not file an application to proceed *in forma pauperis* (he did file a financial certificate on August 5, 2021 (ECF No. 3)). The Court will, however, suspend the matter of the payment of the filing fee or application to proceed *in forma pauperis* until after counsel appears for Washington.

State prisoners applying for habeas corpus relief are not entitled to appointed counsel unless the circumstances indicate that appointed counsel is necessary to prevent due process violations. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986) (citing *Kreiling v. Field*, 431 F.2d 638, 640 (9th Cir. 1970) (per curiam). The court may, however, appoint counsel at any stage of the proceedings if the interests of justice so require. *See* 18 U.S.C. § 3006A; *see also* Rule 8(c), Rules Governing § 2254 Cases; *Chaney*, 801 F.2d at 1196. It appears to the Court that Washington will not be able to adequately litigate this action without counsel. The Court therefore finds that appointment of counsel is in the interests of justice. The Court will grant Washington's

1

motion for appointment of counsel and will appoint the Federal Public Defender for the District of Nevada (FPD) to represent him.

The Court has examined Washington's petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and determines that it merits service upon the respondents. The Court will order the petition served upon the respondents, and will direct the respondents to appear, but will not require any further action on the part of the respondents at this time.

**IT IS THEREFORE ORDERED** that the Clerk of the Court is directed to separately file the Petition for Writ of Habeas Corpus (ECF No. 1-1) and the Motion for Appointment of Counsel (ECF No. 1-2).

**IT IS FURTHER ORDERED** that Petitioner's Motion for Appointment of Counsel (ECF No. 1-2) is granted. The Federal Public Defender for the District of Nevada (FPD) is appointed to represent the petitioner. If the FPD is unable to represent the petitioner, because of a conflict of interest or for any other reason, alternate counsel will be appointed. In either case, counsel will represent the petitioner in all federal court proceedings relating to this matter, unless allowed to withdraw.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to electronically serve upon the FPD a copy of this order, together with a copy of the Petition for Writ of Habeas Corpus (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the FPD will have 30 days from the date of this order to file a notice of appearance, or to indicate to the Court its inability to represent the petitioner in this case.

**IT IS FURTHER ORDERED** that the requirement that Petitioner pay the filing fee for this action or file an application to proceed *in forma pauperis* is suspended. The Court will set a deadline for payment of the filing fee or filing of an application to proceed *in forma pauperis* after counsel appears for the petitioner.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to add Aaron Ford, Attorney General of the State of Nevada, as counsel for Respondents and to

provide Respondents an electronic copy of all items previously filed in this case by regenerating the Notice of Electronic Filing to the office of the Attorney General only.

**IT IS FURTHER ORDERED** that Respondents will have 30 days from the date of this order to appear in this action. Respondents will not be required to respond to the habeas petition at this time.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to correct the docket to reflect that the petitioner's name is Leon Washington, Jr.

DATED THIS  7th day of September, 2021.

ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE