UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEON WASHINGTON, JR.,<br><br>    Petitioner,<br><br>v.<br><br>KYLE OLSON, *et al.*,<br><br>    Respondents. | Case No. 3:21-cv-00327-RCJ-WGC<br><br>**ORDER** |

On January 3, 2022, Leon Washington, Jr., the petitioner in this habeas corpus action, represented by appointed counsel, filed a Notice of Voluntary Dismissal (ECF No. 18), requesting dismissal of the action. Attached to the notice is a declaration (ECF No. 18-1), signed by Washington, confirming that he wishes to dismiss the case and that he does so voluntarily, knowingly, and intelligently. Respondents have not responded to Washington's notice.

A petitioner/plaintiff may dismiss an action without a court order when, as here, the notice of dismissal is filed before the opposing party has filed an answer to the pleading or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a).

**IT IS THEREFORE ORDERED** that this action is dismissed.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to enter judgment accordingly and close this case.

**IT IS FURTHER ORDERED** that Petitioner is denied a certificate of appealability.

DATED THIS 1st day of February 2022.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE